UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-7687 ODW(RZx) | Date | October 21, 2010 |
|---|---|---|---|
| Title | Desiree Kohan v. Kaiser Foundation Health Plan, Inc. et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** **Order to Show Cause re Case Settlement**;

**Order Discharging Order to Show Cause re Preliminary Injunction [7] and Hearing Thereon**

The Court is in receipt of the Notice of Settlement [10] filed October 20, 2010. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, November 22, 2010 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

The Court hereby DISCHARGES its Order to Show Cause re Preliminary Injunction [7] and VACATES the hearing scheduled for October 22, 2010 at 10:00 a.m.

PLAINTIFF TO GIVE NOTICE.

IT IS SO ORDERED.

: 00

Initials of Preparer   RGN